1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95616**
3     **Telephone:   530.759.0700**
      **Facsimile:    530.759.0800**
4
   **Attorney for Defendant**
5  **CESAR CABALLERO**

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12

13   UNITED STATES OF AMERICA,      ) Case No.  11-MJ-0035 EFB
                                          )
14                                        )
                                          )
15                     Plaintiff,     ) **STIPULATION AND ORDER TO**
                                          ) **CONTINUE BENCH TRIAL**
16     v.                                   )
                                          )
17                                        )
                                          )
18   CESAR CABALLERO                  )
                                          )
19                     Defendant.    )
     _____)
20

21

22        It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF

23 AMERICA, through its counsel of record, Jill Thomas, Assistant United States Attorney,

24 and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J.

25 Wiseman, that the bench trial of Defendant now scheduled for March 29, 2011, at 10:00

26 a.m., be rescheduled to May 17, 2011, at 10:00 a.m.

27        The parties are entering into this Stipulation to provide additional time for newly

28 / / / / /

1  appointed counsel to review the yet to be received discovery with Mr. Caballero.

3  Dated: March 28, 2011				Respectfully submitted,

				By:    /s/ Joseph J. Wiseman
				JOSEPH J. WISEMAN

				Attorney for Defendant
				CESAR CABALLERO

8  Dated: March 28, 2011				BENJAMIN B. WAGNER
				United States Attorney

				By:    /s/Rachama Shah
				    RACHAMA SHAH, SAUSA
				    Attorney for Plaintiff
				    UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the bench trial in the above-captioned case be continued to May 17, 2011 at 10:00 a.m.

DATED:  March 28, 2011.

_____
EDMUND F. BRENNAN
United States Magistrate Judge