**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-MJ-0035 EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BENCH TRIAL** |
| v. | |
| CESAR CABALLERO, | |
| Defendant. | |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, David L. Stevens, Special Assistant United States Attorney, and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J. Wiseman, that the bench trial of Defendant now scheduled for May 17, 2011, at 10:00 a.m., be rescheduled to August 30, 2011, at 10:00 a.m.

    The parties are entering into this Stipulation to provide additional time for Defendant's counsel to review and discuss with Defendant additional relevant discovery

1  that the government recently provided to the defense.

2  Dated: May 16, 2011                    Respectfully submitted,

3                                         By: /s/ Joseph J. Wiseman
4                                         JOSEPH J. WISEMAN

5                                         Attorney for Defendant
6                                         CESAR CABALLERO

7  Dated: May 16, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney
8
                                          By:    /s/David Stevens
9                                                David Stevens, SAUSA
10                                               Attorney for Plaintiff
                                                 UNITED STATES OF AMERICA
11                                               Per Phone agreement

12

13
                                    **ORDER**
14
   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the
15
bench trial in the above-captioned case be continued to August 30, 2011 at 10:00 a.m.
16
DATED:  May 16, 2011.
17

18                              _____
                                EDMUND F. BRENNAN
19                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2

Stipulation to Continue Bench Trial                           CR. S-11 0035 EFB
And Order