**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
**Telephone:  530.759.0700**
**Facsimile:   530.759.0800**

**Attorney for Defendant**
**CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 11 0035 EFB |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CESAR CABALLERO, | |
| Defendant. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, David L. Stevens, Special Assistant United States Attorney, and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for November 14, 2011 at 10:00 a.m., be rescheduled to January 9, 2012 at 10:00 a.m.

Pursuant to this stipulation, the Proposed Presentence Report shall be disclosed to Counsel no later than November 29, 2011, Defendant's Written Objections shall be due December 13, 2011, Pre-Sentence Report shall be filed with the Court December 20, 2011, Defendant's Motion to Correct the Presentence Report shall be due on December

1    27, 2011, and Plaintiff's Opposition/Reply to said motion shall be due on January 3,

2    2012.

3         The parties are requesting this continuance to allow United States Probation

4    Office additional time to meet with Defendant.

5

6    Dated: October 12, 2011              Respectfully submitted,

7                                        JOSEPH J. WISEMAN, P.C.

8                                        By:    /s/ Joseph J. Wiseman

9                                             JOSEPH J. WISEMAN
                                             Attorney for Defendant
10                                            CESAR CABALLERO

11

12   Dated: October 12, 2011              BENJAMIN B. WAGNER
                                         United States Attorney
13

14

15                                       By:    /s/ David L. Stevens
                                             David L. Stevens
16                                            Special Assistant United States Attorney

17                                            Attorney for Plaintiff
18                                            UNITED STATES OF AMERICA

19

20

21                                 **ORDER**

22        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

23   judgment & sentencing in the above-captioned case be continued to January 9, 2012 at
24
     10:00 a.m.
25
     Dated:  October 17, 2011.
26
                                         EDMUND F. BRENNAN
27                                       UNITED STATES MAGISTRATE JUDGE

28

                                         2

Stipulation And Order To Continue Sentencing                    Case No. CRS 11-0035 EFB