DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S. 12-181-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED ORDER** |
| v. ) | **TO CONTINUE BRIEFING SCHEDULE** |
| ) | **ON APPEAL** |
| CESAR CABALLERO, ) | |
| ) | HEARING DATE: Sept. 25, 2012 |
| Defendant. ) | TIME: 9:45 a.m. |
| ) | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through CHRIS CHANG, Special Assistant U.S. Attorney, and defendant, CESAR CABALLERO, by and though his counsel, RACHELLE BARBOUR, Research and Writing Attorney, Office of the Federal Defender, that the oral argument on appeal set for Tuesday, August 7, 2012 be rescheduled for Tuesday, September 25, 2012 at 9:45 a.m.  The parties propose the following briefing schedule:

   Appellant's opening brief due July 31, 2012;

   Appellee's brief due August 31, 2012;

   Appellant's reply brief due September 14, 2012.

//

//

This continuance is being requested because the sentencing transcript was filed on June 28, 2012, requiring that the current schedule be extended.

DATED: July 12, 2012            Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                CESAR CABALLERO



                                BENJAMIN B. WAGNER
                                United States Attorney


DATED:  July 12, 2012           /s/ Rachelle Barbour for
                                CHRIS CHANG
                                Special Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: 7/12/2012
                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

2