DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Appellant
CESAR CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. S. No. 12-0181-JAM |
| Plaintiff-Appellee, | STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT'S REPLY BRIEF REGARDING RECUSAL REQUEST |
| v. | |
| CESAR CABALLERO, | |
| Defendant-Appellant. | Hearing: August 21, 2012<br>Time:    9:45 a.m.<br>Judge:   Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through CHRIS CHANG, Special Assistant U.S. Attorney, and defendant, CESAR CABALLERO, by and though his counsel, RACHELLE BARBOUR, Research and Writing Attorney, that the filing date for defendant's reply brief in support of Defendant's Request for Recusal and Reassignment be extended from August 14, 2012 to August 15, 2012. a.m.

//

This extension is requested because defense counsel will be out of the office August 13th and 14th, and requests an additional day to respond.  All other dates will remain the same.

DATED: August 8, 2012            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CESAR CABALLERO



                                 BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Rachelle Barbour for Chris Chang
DATED:  August 8, 2012
                                 CHRIS CHANG
                                 Special Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED:  August 8, 2012

                                 /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE