IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR CABALLERO, ) <br> ) <br> Defendant. ) <br>_____ ) | 2:12-cr-00181-GEB <br><br> <u>ORDER</u> |

Cesar Caballero appealed "his conviction [of three counts of knowingly and willfully obstructing the passage of the mail, in violation of 18 U.S.C. 1701] . . . , his sentence imposed on April 30, 2012, and the written judgment filed on May 9, 2012, all by the Honorable Edmund F. Brennan, United States Magistrate Judge." (Notice of Appeal, ECF No. 29.) A hearing was held on Caballero's appeal on September 28, 2012. At the conclusion of the September 28, 2012 hearing, the magistrate's judgment of conviction and sentence imposed were AFFIRMED for the reasons stated on the record.

Dated:  October 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1