DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Appellant
CESAR CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. S. No. 12-0181-GEB |
| Plaintiff-Appellee, | |
| v. | ORDER STAYING SELF-SURRENDER |
| CESAR CABALLERO, | Judge: Hon. Garland E. Burrell Jr. |
| Defendant-Appellant. | |

On Friday, December 14, 2012, this Court considered Defendant's motion to stay his sentence pending his Ninth Circuit appeal. The Court hereby grants that motion and stays Mr. Caballero's sentence of incarceration until the termination of his appeal.

Dated: December 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge