IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>CESAR CABALLERO,<br><br>　　　　Defendant. | Case №:2:12-cr-00181 GEB<br>(2:11-mj-00035 EFB)<br>**O R D E R**<br>**APPOINTING COUNSEL** |

　　The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

　　OFFENSE: 18 USC § 1701

　　CJA Panel attorney Christopher Haydn-Myer is hereby appointed effective February 23, 2015, the date the Office of the Federal Defender first contacted him.

　　**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 2/23/2015

　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL